**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

**IN RE:**

**JSMITH CIVIL, LLC,**

**DEBTOR.**

**CASE NO. 23-02734-5-JNC**
**CHAPTER 11**

| | |
|---|---|
| **JSMITH CIVIL, LLC,**<br>***Plaintiff,***<br>vs.<br>**SECOND WIND CONSULTANTS, INC.,**<br>***Defendants.*** | **AP NO. 25-00159-5-JNC** |

# DECLARATION OF SERVICE

The undersigned, JOSEPH Z. FROST, being duly sworn, deposes and says:

1. He is an attorney with BUCKMILLER & FROST, PLLC whose address is 4700 Six Forks Rd., Suite 150, Raleigh, North Carolina 27609 and is counsel of record for Debtor-Plaintiff JSMITH CIVIL, LLC ("JSC," "Debtor," or "Plaintiff"), in the above-captioned adversary proceeding.

2. JSC, on September 11, 2025, filed a Complaint [D.E. 1] against Defendant SECOND WIND CONSULTANTS, INC. ("Defendant") and on the same date, the Clerk of Court for the United States Bankruptcy Court for the Eastern District of North Carolina issued a Summons in an Adversary Proceeding [D.E. 2] (the "Summons"), directing Defendant to answer or otherwise respond to the

EXHIBIT
1

Complaint within thirty (30) days of issuance.

3. On September 15, 2025, copies of the Summons and the Complaint were deposited in envelopes and entrusted to the United Parcel Service for overnight mailing via UPS Next Day Air®, properly addressed as follows:

| Addressee | UPS Tracking No. |
|---|---|
| Second Wind Consultants, Inc.<br>Attn: Aaron Samuel Todrin, Reg. Agent<br>47 Pleasant Street<br>Northampton, Massachusetts 01060 | 1Z4WV5000220798748 |

4. The aforesaid envelope, containing the Summons and file-stamped copy of the Complaint was, in fact, received by Defendant on the following date, as evidenced by the Delivery Confirmation and Proof of Delivery generated by UPS, copies of which are attached hereto as **EXHIBIT A** and **EXHIBIT B**, respectively, and incorporated herein by reference:

| Addressee | Date Served/Received |
|---|---|
| Second Wind Consultants, Inc.<br>Attn: Aaron Samuel Todrin, Reg. Agent<br>47 Pleasant Street<br>Northampton, Massachusetts 01060 | September 17, 2025 |

5. The Summons and the Complaint, were, likewise, deposited in an envelope and entrusted to the United States Postal Service ("USPS") on September 15, 2025, for mailing via first-class mail delivery, properly addressed as follows:

Second Wind Consultants, Inc.
Attn: Aaron Samuel Todrin, Reg. Agent
47 Pleasant Street
Northampton, Massachusetts 01060

Executed this, the 20th day of October, 2025.

JOSEPH Z. FROST
NCSB No. 44387
jfrost@bbflawfirm.com
BUCKMILLER & FROST, PLLC
4700 Six Forks Road, Suite 150
Raleigh, North Carolina 27609
T: (919) 296-5040
F: (919) 977-7101

**Joseph Frost**

| | |
|---|---|
| **From:** | UPS <pkginfo@ups.com> |
| **Sent:** | Wednesday, September 17, 2025 12:39 PM |
| **To:** | Joseph Frost |
| **Subject:** | UPS Delivery Notification, Tracking Number 1Z4WV5000220798748 |

**Hello, your package has been delivered.**

**Delivery Date:** Wednesday, 09/17/2025
**Delivery Time:** 12:37 PM
**Signed by:** EGAN

**BUCKMILLER, BOYETTE & FROST**

| | |
|---|---|
| **Tracking Number:** | 1Z4WV5000220798748 |
| **Ship To:** | SECOND WIND CONSULTANTS, INC.<br>47 PLEASANT STREET<br>NORTHAMPTON, MA 01060<br>US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS 2nd Day Air® |
| **Package Weight:** | 0.0 LBS |

**Discover more about UPS:**
Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online

© 2025 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

EXHIBIT
A

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center

EXHIBIT

B

exhibitsticker.com

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z4WV5000220798748

**Service**
UPS 2nd Day Air®

**Shipped / Billed On**
09/15/2025

**Delivered On**
09/17/2025 12:37 P.M.

**Delivered To**
47 PLEASANT ST
2
NORTHAMPTON, MA, 01060, US

**Received By**
EGAN

**Left At**
Office

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 10/20/2025 8:54 A.M. EST