# **Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

| | |
|---|---|
| In re:<br><br>JSMITH CIVIL, LLC,<br><br>Debtor. | Case No. 23-02734-5-JNC<br>CHAPTER 11 |
| JSMITH CIVIL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SECOND WIND CONSULTANTS, INC.,<br><br>Defendant. | AP No. 25-00159-5-JNC |

Upon consideration of the Motion [ECF No. __] (the "**Motion**")[1] filed by Defendant Second Wind Consultants, Inc. (the "**Second Wind**") requesting an Order pursuant to Bankruptcy Rule 7055 to set aside the *Entry of Default* [ECF No. 5] dated October 22, 2025; and after due deliberation thereon, and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

[1] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Motion.

1. The Motion is GRANTED as set forth herein.

2. The *Entry of Default* is set aside and the *Answer and Affirmative Defenses of Second Wind Consultants Inc. to Debtor's Complaint* attached to the Motion as Exhibit C is deemed timely filed.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

END OF DOCUMENT